1  RORY C. QUINTANA (SBN 258747)
   rory@qhplaw.com
2  QUINTANA HANAFI, LLP
   1939 Harrison St., Ste. 202
3  Oakland, CA 94612
   Telephone: (415) 504-3121
4  Fax: (415) 233-8770

5  Attorney for Plaintiff
   DIANNA JOUAN
6
   LINDA M. MORONEY (SBN: 172668)
7  Lmoroney@grsm.com
   SARA A. MOORE (SBN: 294255)
8  Smoore@grsm.com
   MATTHEW A. MALLET (SBN: 203393)
9  Mmallet@gsrm.com
   GORDON REES SCULLY MANSUKHANI, LLP
10 275 Battery Street, Suite 2000
   San Francisco, CA 94111
11 Telephone:  (415) 986-5900
   Facsimile:  (415) 986-8054
12
   Attorneys for Defendant
13 THE BOARD OF TRUSTEES OF THE
   LELAND STANFORD JUNIOR UNIVERSITY
14 (erroneously sued as "THE LELAND STANFORD JR. UNIVERSITY")

15

16                     UNITED STATES DISTRICT COURT

17                   NORTHERN DISTRICT OF CALIFORNIA

18  DIANNA JOUAN, an individual          )  CASE NO. 5:22-CV-03779-NC
                                         )
19                        Plaintiff,     )  **JOINT REQUEST TO MODIFY**
                                         )  **SCHEDULING ORDER AND**
20        vs.                            )  **[PROPOSED] ORDER**
                                         )
21  THE LELAND STANFORD JR.              )
    UNIVERSITY a California corporation; and )
22  DOES 1 through 10, inclusive,        )
                                         )
23                        Defendants.    )  Complaint Filed:  June 27, 2022
                                         )  FAC Filed:  August 16, 2022
24                                          SAC Filed:  March 1, 2023

25       Pursuant to FRCP 16(b)(4), Plaintiff DIANNA JOUAN ("Plaintiff") and Defendant

26  THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY

27  (erroneously sued as "THE LELAND STANFORD JR. UNIVERSITY") ("Defendant")

28  (collectively, the "Parties") hereby stipulate and agree as follows:

-1-

1    Whereas, the Parties had an Initial Case Management Conference on January 5, 2023;

2    Whereas, during the Case Management Conference, the Parties expressed a desire to

3    use a mediator from the Northern District Panel and further expressed that they would do

4    limited discovery prior to mediation in an effort to keep costs and fees to a minimum in an

5    effort to settle the matter;

6    Whereas, the Court appointed Judith Droz Keyes as the mediator;

7    Whereas, due to Ms. Keyes' schedule and the trial schedules of the Parties' lead

8    attorneys, the mediation could not take place until August 10, 2023;

9    Whereas, the case did not settle, the mediation process is ongoing, and further facilitated

10   discussions are expected by October 10, 2023 (see Dock. No. 49);

11   Whereas, the Parties have forestalled significant discovery pending mediation efforts;

12   Whereas, Plaintiff has informed Defendant of its need to take ten (10) depositions and

13   will be prejudiced if additional time is not provided to conduct those depositions;

14   Whereas, the Parties remain optimistic that this case will be resolved with further

15   mediation but recognize that the Parties will require additional time to engage in the significant

16   discovery efforts in order to prepare this case for trial should mediation not be successful in

17   resolving this case;

18   Whereas, the Parties previously requested and this Court approved a (revised)

19   Stipulation and Proposed Order Changing Time (see Doc. Nos. 45 and 46), requiring all non-

20   expert discovery to be completed by October 27, 2023, all expert witness reports to be disclosed

21   by November 27, 2023, all rebuttal expert witness reports disclosed by December 18, 2023, and

22   all expert witness discovery completed by December 22, 2023; and

23   Whereas, the Order Changing Time (see Dock. Nos. 45 and 46) did not change the

24   scheduled jury trial date, which is currently set for February 26, 2024;

25   THEREFORE, IT IS HEREBY STIPULATED by and between the Parties that, in accordance

26   with the provisions of the United States District Court, Northern District of California, Civil

27   Local Rule 6-2, all dates and deadlines except the pretrial conference and trial dates be extended

28   as detailed in the below revised scheduling plan or to dates convenient for this Court's calendar.

| Deadlines | Proposed Dates |
| --- | --- |
| Non-Expert Discovery Cut-Off | January 26, 2024 |
| Non-Expert Discovery Motion Hearing Deadline | February 9, 2024 |
| Expert Disclosures | February 9, 2024 |
| Expert Witness Reports | February 26, 2024 |
| Rebuttal Expert Disclosures | March 18, 2024 |
| Rebuttal Expert Witness Reports | March 18, 2024 |
| Dispositive Motions Hearing Deadline | March 20, 2024 |
| Expert Discovery Cut-off | March 22, 2024 |
| Pretrial Statements | April 10, 2024 |
| Final Pretrial Conference | April 24, 2024 |
| Trial | May 27, 2024 |

Pursuant to Local Rule 5-1(h)(3) the filer of this document attests that concurrence in the filing of the same has been obtained from each of the signatories.

Dated: September 15, 2023                    **QUINTANA HANAFI, LLP**

                                             By:    */s/Rory C. Quintana*
                                                    RORY C. QUINTANA
                                             Attorneys for Plaintiff
                                             DIANNA JOUAN

Dated: September 15, 2023                    **GORDON REES SCULLY MANSUKHANI, LLP**

                                             By:    */s/ Sara A. Moore*
                                                    LINDA M. MORONEY
                                                    SARA A. MOORE
                                                    MATTHEW A. MALLET
                                             Attorneys for Defendant
                                             THE BOARD OF TRUSTEES OF THE
                                             LELAND STANFORD JUNIOR UNIVERSITY

**[PROPOSED] ORDER**
*Jouan v. The Leland Stanford Jr. University*
*USDC/NDCA, Case No.* 5:22-CV-03779-BLF

The Court having considered the stipulation of the Parties, and good cause appearing

therefore, orders as follows:

1. The February 26, 2024 trial date and all related dates and deadlines are vacated.

2. All non-expert discovery must be completed by _____ and the non-expert

discovery motion deadline is _____.

3. Disclosure of expert testimony and reports under Federal Rule of Civil Procedure

26(a)(2) must be made by _____, disclosure of rebuttal expert testimony and reports

must be made by _____, and the Parties must complete all discovery of expert witnesses

under Federal Rule of Civil Procedure 26(b)(4) by _____.

4. The final day upon which dispositive motions will be heard is _____.

5. A further case management conference is scheduled for _____ at ____ __. The

Parties must file a joint case management statement by _____ in accordance with Civil

L.R. 16-10(d).

6. The Parties must meet and confer to discuss the preparation of a joint pretrial

statement, which is due by _____.

7. A pretrial conference is scheduled for _____.

8. A jury trial will be held on _____ at ____ __.

PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated: _____          _____
                                   UNITED STATES DISTRICT COURT
                                   MAGISTRATE JUDGE
                                   HON. NATHANAEL COUSINS

-4-

## CERTIFICATE OF SERVICE

*Jouan v. The Leland Stanford Jr. University*
*USDC/NDCA, Case No.* 5:22-CV-03779-BLF

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is: Gordon Rees Scully Mansukhani, LLP 275 Battery Street, Suite 2000, San Francisco, CA 94111. On the date set forth below, I served the within documents:

**JOINT REQUEST TO MODIFY SCHEDULING ORDER AND [PROPOSED] ORDER**

☒ **Via E-Mail**: by transmitting via electronic mail the document(s) listed above to the email address(es) set forth below.

☐ **Via Hand**: by causing the document(s) listed above to be hand delivered to the person(s) at the address(es) set forth below.

☐ **Via Fed Ex**: by placing a true copy thereof enclosed in a sealed envelope, at a station designated for collection and processing of envelopes and packages for overnight delivery by FedEx as part of the ordinary business practices of Gordon Rees Scully Mansukhani, LLP described below, addressed as follows:

☐ **Via U.S. Mail**: by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in United States mail in the State of California at San Francisco, addressed as set forth below.

**Attorneys for Plaintiff:**

Rory C. Quintana                              Tel:     415 504-3121
Quintana Hanafi, LLP                      Fax:    415 233-8770
1939 Harrison Street, Ste. 202         Email:  Rory@qhplaw.com
Oakland, CA 94612

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on September 15, 2023 at San Francisco, California.

_____
Stacey Drucker

STIPULATION AND PROPOSED ORDER CHANGING TIME –
CASE NO. 5:22-CV-03779-NC

1264443/73971434v.1