1 | RORY C. QUINTANA (SBN 258747)
rory@qhplaw.com
2 | QUINTANA HANAFI, LLP
1939 Harrison St., Ste. 202
3 | Oakland, CA 94612
Telephone: (415) 504-3121
4 | Fax: (415) 233-8770

5 | Attorney for Plaintiff
DIANNA JOUAN

7 | LINDA M. MORONEY (SBN: 172668)
Lmoroney@grsm.com
SARA A. MOORE (SBN: 294255)
8 | Smoore@grsm.com
MATTHEW A. MALLET (SBN: 203393)
9 | Mmallet@gsrm.com
GORDON REES SCULLY MANSUKHANI, LLP
10 | 275 Battery Street, Suite 2000
San Francisco, CA 94111
11 | Telephone:  (415) 986-5900
Facsimile:  (415) 986-8054

13 | Attorneys for Defendant
THE BOARD OF TRUSTEES OF THE
LELAND STANFORD JUNIOR UNIVERSITY
14 | (erroneously sued as "THE LELAND STANFORD JR. UNIVERSITY")

**GRANTED**

*[signature]*

Judge Nathanael M. Cousins

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANNA JOUAN, an individual | CASE NO. 5:22-CV-03779-NC |
| Plaintiff, | **STIPULATION RE: DISCOVERY PLAN FOLLOWING HEARING TO MODIFY SCHEDULING ORDER** |
| vs. | |
| THE LELAND STANFORD JR. UNIVERSITY a California corporation; and DOES 1 through 10, inclusive, | |
| Defendants. | Complaint Filed:  June 27, 2022<br>FAC Filed:  August 16, 2022<br>SAC Filed:  March 1, 2023 |

Plaintiff DIANNA JOUAN ("Plaintiff") and Defendant THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY (erroneously sued as "THE LELAND STANFORD JR. UNIVERSITY") ("Defendant") (collectively, the "Parties") hereby stipulate and agree as follows:

Whereas, the Parties attended the Hearing to Modify the Scheduling Order ("Hearing") on September 27, 2023;

Whereas, as a result of the Hearing, the Court agreed to extend the fact discovery deadline to November 17, 2023;

Whereas, although all other deadlines remain set, the Court invited the Parties to submit a stipulation regarding a revised discovery plan and deposition schedule to the Court to help streamline outstanding discovery efforts;

Whereas, the Parties understand that some limited modifications to the below schedule may be necessary to accommodate witness availability/ timing and intend to meet and confer as necessary;

Whereas, the Parties also intend to continue to engage in efforts to resolve the case by way of mediation and/or other facilitated settlement discussions through alternative dispute resolution options;

THEREFORE, IT IS HEREBY STIPULATED by and between the Parties that, the proposed discovery plan is as follows:

| **Depositions** | **Proposed Dates** |
|---|---|
| Hina Qureshi<br>Jesslyn Rumbold | October 9, 2023 |
| Linda Usoz | October 11, 2023 |
| Yun-Ting Yeh | October 13, 2023 |
| Erin Campbell | October 17, 2023 |
| Ruth Reyes Johnson | October 19, 2023 |

| Depositions | Proposed Dates |
|---|---|
| Garry Gold | October 24, 2023 |
| Dianna Jouan | November 7, 2023 |
| Deitria Chapman<br>Ludivine Freeze | November 10, 2023 |

Pursuant to Local Rule 5-1(h)(3) the filer of this document attests that concurrence in the filing of the same has been obtained from each of the signatories.

Dated: October 2, 2023          **QUINTANA HANAFI, LLP**

                                By:   */s/ Rory C. Quintana*
                                      RORY C. QUINTANA
                                Attorneys for Plaintiff
                                DIANNA JOUAN


Dated: October 2, 2023          **GORDON REES SCULLY MANSUKHANI, LLP**

                                By:   */s/ Sara A. Moore*
                                      LINDA M. MORONEY
                                      SARA A. MOORE
                                      MATTHEW A. MALLET
                                Attorneys for Defendant
                                THE BOARD OF TRUSTEES OF THE
                                LELAND STANFORD JUNIOR UNIVERSITY