GRANTED

Judge Nathanael M. Cousins

RORY C. QUINTANA (SBN 258747)
rory@qhplaw.com
QUINTANA HANAFI, LLP
1939 Harrison St., Ste. 202
Oakland, CA 94612
Telephone: (415) 504-3121
Fax: (415) 233-8770

Attorney for Plaintiff
DIANNA JOUAN

LINDA M. MORONEY (SBN: 172668)
Lmoroney@grsm.com
SARA A. MOORE (SBN: 294255)
Smoore@grsm.com
MATTHEW A. MALLET (SBN: 203393)
Mmallet@gsrm.com
GORDON REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone:  (415) 986-5900
Facsimile:  (415) 986-8054

Attorneys for Defendant
THE BOARD OF TRUSTEES OF THE
LELAND STANFORD JUNIOR UNIVERSITY
(erroneously sued as "THE LELAND STANFORD JR. UNIVERSITY")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANNA JOUAN, an individual<br><br>                          Plaintiff,<br><br>     vs.<br><br>THE LELAND STANFORD JR.<br>UNIVERSITY a California corporation; and<br>DOES 1 through 10, inclusive,<br><br>                     Defendants. | CASE NO. 5:22-CV-03779-NC<br><br>**STIPULATION RE: REVISED DISCOVERY PLAN FOLLOWING HEARING TO MODIFY SCHEDULING ORDER**<br><br>Complaint Filed:  June 27, 2022<br>FAC Filed:  August 16, 2022<br>SAC Filed:  March 1, 2023 |

-1-

1    Plaintiff DIANNA JOUAN ("Plaintiff") and Defendant THE BOARD OF TRUSTEES

2  OF THE LELAND STANFORD JUNIOR UNIVERSITY (erroneously sued as "THE LELAND

3  STANFORD JR. UNIVERSITY") ("Defendant") (collectively, the "Parties") hereby stipulate

4  and agree as follows:

5    Whereas, the Parties attended the Hearing to Modify the Scheduling Order ("Hearing")

6  on September 27, 2023;

7    Whereas, as a result of the Hearing, the Court agreed to extend the fact discovery

8  deadline to November 17, 2023;

9    Whereas, although all other deadlines remain set, the Court invited the Parties to submit

10  a stipulation regarding a revised discovery plan and deposition schedule to the Court to help

11  streamline outstanding discovery efforts;

12    Whereas, the Parties understand that some limited modifications to the below schedule

13  may be necessary to accommodate witness availability/ timing and intend to meet and confer as

14  necessary;

15    Whereas, the Parties also intend to continue to engage in efforts to resolve the case by

16  way of mediation and/or other facilitated settlement discussions through alternative dispute

17  resolution options;

18    Whereas, Plaintiff was unable to conduct the depositions as originally planned on

19  October 9 and 11 due to defense counsel's unavailability;

20    Whereas, the Parties are meeting and conferring about additional written discovery and

21  documentation needed in order to complete the upcoming depositions with relevant

22  documentation available;

23    Whereas, in light of these circumstances, the Parties agreed to the slightly revised

24  schedule to complete depositions and necessary written discovery per Defendant's request and

25  to avoid prejudice to either side;

26

27

28

STIPULATION RE: REVISED DISCOVERY PLAN
FOLLOWING HEARING TO MODIFY SCHEDULING ORDER –
CASE NO. 5:22-CV-03779-NC

THEREFORE, IT IS HEREBY STIPULATED by and between the Parties that, the proposed discovery plan is revised as follows:

| Depositions | Proposed Dates |
|---|---|
| Hina Qureshi<br>Jesslyn Rumbold | October 13, 2023 |
| Linda Usoz | October 17, 2023 |
| Yun-Ting Yeh | October 19, 2023 |
| Erin Campbell | October 20, 2023 |
| Ruth Reyes Johnson | October 23, 2023 |
| Garry Gold | October 24, 2023 |
| Dawn Freeman | October 27, 2023 |
| Dianna Jouan | November 7, 2023 |

Pursuant to Local Rule 5-1(h)(3) the filer of this document attests that concurrence in the filing of the same has been obtained from each of the signatories.

Dated: October 11, 2023             **QUINTANA HANAFI, LLP**

By:   */s/ Rory C. Quintana*
        RORY C. QUINTANA
Attorneys for Plaintiff
DIANNA JOUAN

Dated: October 11, 2023             **GORDON REES SCULLY MANSUKHANI, LLP**

By:   */s/ Sara A. Moore*
        LINDA M. MORONEY
        SARA A. MOORE
        MATTHEW A. MALLET
Attorneys for Defendant
THE BOARD OF TRUSTEES OF THE
LELAND STANFORD JUNIOR UNIVERSITY